IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBIN MATTHIAS, individually and on
behalf of others similarly situated,

    Plaintiff,

v.

TATE & KIRLIN ASSOCIATES, INC. and
LVNV FUNDING, LLC,

    Defendants.

Case No. 19-cv-182-slc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Tate & Kirlin Associates, Inc. and LVNV Funding, LLC against plaintiff Robin Matthias vacating the April 13, 2020 order granting class certification and dismissing this case without prejudice for lack of subject matter jurisdiction.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 1/12/2021 |
| Peter Oppeneer, Clerk of Court | Date |