# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN
# EAU CLAIRE DIVISION

| | | |
|---|---|---|
| Robin Matthias, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.   3:19-cv-182-slc |
| Tate & Kirlin Associates, Inc., a Pennsylvania corporation, and LVNV Funding, LLC, a Delaware limited liability company, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Robin Matthias, individually and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment in this action, dated January 12, 2021, and the Opinion and Order, dated January 12, 2021. Copies of the Judgment in a Civil Case (Dkt. 78), and the Opinion and Order (Dkt. 77) are attached hereto as Group Exhibit A.

                                              Respectfully submitted,

                                              Robin Matthias, individually and on behalf of all other similarly situated,

                                              By: /s/ David J. Philipps
                                              Class Counsel

Dated: February 8, 2021

David J. Philipps      (Ill. Bar No. 06196285)
Mary E. Philipps      (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com

Matthew C. Lein      (Wis. Bar No. 1084028)
Lein Law Offices, LLP
P.O. Box 761
15692 Highway 63 North
Hayward, Wisconsin 54843
mlein@leinlawoffices.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 8, 2021 a copy of the foregoing **Notice of Appeal** was filed electronically**.** Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| David M. Schultz<br>Hinshaw & Culbertson, LLP<br>151 North Franklin Street<br>Suite 2500<br>Chicago, Illinois 60606 | dschultz@hinshawlaw.com |
| Alyssa A. Johnson<br>Hinshaw & Culbertson, LLP<br>100 E. Wisconsin Avenue<br>Suite 2600<br>Milwaukee, Wisconsin 53202 | ajohnson@hinshawlaw.com |
| Matthew C. Lein<br>Lein Law Offices, LLP<br>P.O. Box 761<br>15692 Highway 63 North<br>Hayward, Wisconsin 54843 | mlein@leinlawoffices.com |

/s/ David J. Philipps_____

Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)